45D02-2207-CT-000742
Lake Superior Court, Civil Division 2

Filed: 7/29/2022 10:27 AM
Clerk
Lake County, Indiana

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE | COURT |
| | ) SS: | | |
| COUNTY OF LAKE | ) | , INDIANA | |

|   |   |
|---|---|
| MARIA SANCHEZ and ROBERTO SANCHEZ  )  | |
| Plaintiffs  )  | |
| vs.  )  | CAUSE NO. |
| )  | |
| SPEEDWAY LLC  )  | **JURY DEMAND** |
| Defendant  )  | |

# COMPLAINT

Come now Plaintiffs, Maria Sanchez and Roberto Sanchez, by counsel, Efron & Efron, P.C., by Sara J. Booth, and for their complaint against Defendant, Speedway LLC, alleges and states as follows:

### COUNT I

1. That at all relevant times herein, Plaintiffs were residents of Cook County, Illinois.

2. That at all relevant times herein, Speedway LLC was duly authorized to conduct business in the state of Indiana.

3. That the Defendant operates and maintains a gas station and convenience store at 3201 Grant Street, Gary, Indiana.

4. That on the 6th day of April, 2021, Maria Sanchez entered Defendant's store as an invitee.

5. That while retrieving a cup of ice before purchasing a soda in Defendant's store, Maria Sanchez slipped and fell on an area of the floor where water had accumulated.

6. That there were no signs and/or other indications that the floor was wet, slick and/or hazardous.

7. That at all times herein, Defendant had a duty to exercise reasonable care to maintain its property in a reasonably safe condition suitable for the use of those who came upon it as invitees.

8. That the Defendant breached its duty to the Plaintiff, Maria Sanchez in that it:

   a. Negligently maintained its property in a dangerous and unsafe condition;
   b. Negligently caused a dangerous condition by failing to properly maintain its floors;
   c. Negligently failed to warn or post notices of a dangerous condition.

9. That Defendant knew, or with the exercise of reasonable care, should have known of the unsafe condition of the premises.

10. That as a direct and proximate cause of Defendant's negligent acts, Maria Sanchez sustained physical injuries, physical pain and mental anguish.

11. That as a direct and proximate cause of Defendant's negligence, Maria Sanchez incurred medical and hospital expenses in connection with her injuries.

**WHEREFORE,** Plaintiff, Maria Sanchez, requests judgment in her favor and against Defendant, Speedway LLC in an amount reasonable to compensate Plaintiff for her injuries and damages, the cost of this action and any other relief this Court deems just and equitable.

*Respectfully submitted,*

EFRON AND EFRON, P.C.

BY:   /s/ Sara J. Booth
      Sara J. Booth
Attorney Number 36265-64
5246 Hohman Avenue
Hammond, Indiana 46320
(219) 931-5380

## COUNT II

Come now Plaintiffs, Maria Sanchez and Roberto Sanchez, by counsel, Efron & Efron, P.C., by Sara J. Booth, and for their complaint against Defendant, Speedway LLC, allege and state as follows:

12. Plaintiffs hereby incorporate paragraphs 1-11 of this Complaint into Count II.

13. At all times relevant, Plaintiff, Roberto Sanchez, is the lawful husband of Plaintiff, Maria Sanchez.

14. As a direct and proximate cause and result of the Defendant's negligence, carelessness, recklessness and or/willful and wanton actions, Plaintiff, Roberto Sanchez, has suffered injury and damages including, but not limited to, loss of consortium, loss of love and affection and loss of services.

**WHEREFORE**, Plaintiff, Roberto Sanchez, requests the Court to find in his favor and against Defendant, Speedway LLC, for a sum that would reasonably compensate him for his damages, interest and costs of this action and for all other equitable and just relief in the premises.

*Respectfully submitted,*

EFRON AND EFRON, P.C.


BY: __/s/ Sara J. Booth__
      Sara J. Booth
Attorney Number 36265-64
5246 Hohman Avenue
Hammond, Indiana 46320
(219) 931-5380

## JURY DEMAND

Plaintiffs, Maria Sanchez and Roberto Sanchez, demand trial by jury on all issues herein.

*Respectfully submitted,*

EFRON AND EFRON, P.C.

BY: /s/ Sara J. Booth
Sara J. Booth
Attorney Number 36265-64
5246 Hohman Avenue
Hammond, Indiana 46320
(219) 931-5380