# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| MARIA SANCHEZ and ROBERTO SANCHEZ, | ) | CASE NO. 2:23-CV-00042-APR |
| Plaintiffs, | ) | |
| v. | ) | |
| SPEEDWAY LLC, | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled matter, by the undersigned, hereby stipulate that said action shall be dismissed, with prejudice, the parties to bear their own costs.

Respectfully submitted,

FROST BROWN TODD LLP

*/s/ Sara J. Miller (w/permission)*
Sara J. Miller
11045 Broadway, Suite D
Crown Point, IN 46307
Email: attysaramiller@yahoo.com
*Attorney for Plaintiff*

By: */s/ Thomas L. Davis*
Thomas L. Davis, #4423-49
*Attorneys for Defendant*

0126183.0760419  4889-5611-1300v1