UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MARIA SANCHEZ and ROBERTO SANCHEZ, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 2:23-cv-42 ) |
| SPEEDWAY LLC, | ) ) |
| Defendant. | ) |

**ORDER**

This matter is before the court on the Stipulation of Dismissal With Prejudice [DE 33] filed by the parties on May 31, 2024. The court, being duly advised, hereby **GRANTS** the Stipulation [DE 33] and **DISMISSES** this cause **WITH PREJUDICE**. This case is now closed.

ENTERED this 31st day of May, 2024.

/s/ Andrew P. Rodovich
United States Magistrate Judge